UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JANSEN, | No. C 12-4695 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| B. GOWER, Warden, | |
| Respondent. | |

The petition for writ of habeas corpus is dismissed because it was not filed before the expiration of the habeas statute of limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: June 13, 2013

_____
SUSAN ILLSTON
United States District Judge